UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

ORIGINAL

LUNDGREN BROTHERS CONSTRUCTION, INC.,

Plaintiff,

vs.

THOMAS J. MAURER CONSTRUCTION, PLANCO DRAFTING COMPANY, BRAD PICKENS AND BARB PICKENS,

Defendant.

Civil Action No. 01-488 MJD/JGL

**ORDER**

This Case came before this Court on Defendants' Motion To Extend The Time To Answer. The Court having considered the Motion and it appears that the parties agree to the entry of this Order, Accordingly it is ORDERED:

1. Defendants' Motion is GRANTED;
2. Defendants' Brad Pickens and Barb Pickens Answer shall be due on or before May 1, 2001.

Dated: April 11, 2001

UNITED STATES MAGISTRATE JUDGE

FILED APR 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK