**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

**CASE NO. 01-488 MJD/JGL**

**LUNDGREN BROTHERS CONSTRUCTION, INC.,**

**Plaintiff,**

**vs.**

**THOMAS J. MAURER CONSTRUCTION, PLANCO DRAFTING COMPANY, BRAD PICKENS AND BARB PICKENS**

**Defendants.**

**ORDER FOR ENLARGEMENT OF TIME TO SERVE AN ANSWER TO THE COMPLAINT**

THIS CAUSE came before the Court on Defendant's Motion for Enlargement of Time to Serve an Answer to the Complaint. The Court has considered the Motion and it appears that all parties agree to the entry of this Order. Accordingly, it is

ORDERED AND ADJUDGED that:

1. Defendant's Motion for Enlargement of Time to Serve an Answer to the Complaint is Granted.
2. Defendant shall serve its answer to the Complaint on or before April 20, 2001.

Dated this 11 day of April, 2001.

UNITED STATES MAGISTRATE

FILED APR 11 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD

j01ap 602.wpd