UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-488 (MJD/JGL)

LUNDGREN BROS. CONSTRUCTION, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

THOMAS J. MAURER CONSTRUCTION, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2001;

3. Party with burden of proof shall disclose all expert witnesses, including reports, by November 1, 2001; Rebuttal expert witness reports shall be disclosed by December 1, 2001;

4. The period during which the parties may seek discovery shall be completed by February 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to April 1, 2002; and

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: June 22, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED JUN 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK